# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Zenaida Miranda      JOINT DEBTOR: _____      CASE NO.: 11-31138-LMI
Last Four Digits of SS# 6711      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 200.00  for months  1  to  36 ;

Administrative: Attorney's Fee - $4,950.00    TOTAL PAID $ 1,500.00
                Balance Due   $3,450.00    payable $ 172.50 /month (Months 1 to 20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____      Arrearage on Petition Date  $_____
Address: _____      Arrears Payment   $_____ /month (Months ____ to ____)
_____      Regular Payment   $_____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| BSI Financial Services<br>A Common Wealth Pl<br>Titusville, PA 16354<br><br>Acct:1611502416 | Second Mortgage<br>3164 W. 72nd St,<br>Hialeah, FL 33018<br><br>$155,400.00 | 0 % | $0.00 | 1 To 36 | $0.00 |
| Capital One Bank (USA) NA<br>c/o Zakheim & LaVrar, Pa<br>1045 S. University Dr., Ste 202<br>Plantation, FL 33324<br><br>Case No.:11-13204-SP23/2 | Junior Lien<br>3164 W. 72nd St,<br>Hialeah, FL 33018<br><br>$155,400.00 | 0 % | $0.00 | 1 To 36 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____      Total Due $_____
              Payable   $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors:   Pay $ 7.50 /month (Months 1 to 20 ).
                      Pay $ 180.00 /month (Months 21 to 36 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: GMAC shall be paid directly for the property located at: 3164 W. 72nd St, Hialeah, FL 33018.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: /s/ Zenaida Miranda      Joint Debtor: _____
Date: 10/2/11                    Date: _____

LF-31 (rev. 01/08/10)