**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Zenaida Miranda           Case No.: 11-31138-LMI
                                Chapter 13

       Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **FIRST AMENDED PLAN** has been mailed this ___2nd___ day of ___October___, 2011 mailed to **Nancy N. Herkert, Chapter 13 Trustee**, via NEF, **Debtor**, and **all creditors in the attached mailing list** via first class mail.

_____
FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[√] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
Ph:(305) 826-1774
Fax:(305) 826-1794

```
Label Matrix for local noticing         Aspire                                  B-Line, LLC
113C-1                                  Po Box 105555                           MS 550
Case 11-31138-LMI                       Atlanta Ga 30348-5555                   PO Box 91121
Southern District of Florida                                                    Seattle, WA 98111-9221
Miami
Sun Oct  2 13:15:25 EDT 2011

Barclays Bank Delaware                  Bsi Financial Services                  (p)CAPITAL ONE
125 S West St                           A Commom Wealth Place                   PO BOX 30285
Wilmington De 19801-5014                Titusville Pa 16354                     SALT LAKE CITY UT 84130-0285



Cap One Na                              Chase                                   Equable Ascent Financi
POBox 26030                             Po Box 15298                            1120 W Lake Cook Rd Ste
Richmond Va 23260-6030                  Wilmington De 19850-5298                Buffalo Grove Il 60089-1970



(p)FIFTH THIRD BANK                     Fifth Third Bank                        Financial Recovery Services Inc
MD# ROPS05 BANKRUPTCY DEPT              PO BOX 829009                           Po Box 385908
1850 EAST PARIS SE                      Dallas, TX 75382-9009                   Minneapolis Mn 55438-5908
GRAND RAPIDS MI 49546-6253



First Premier Bank                      Gmac Mortgage                           Gmac Mortgage
601 S Minnesota Ave                     3451 Hammond Ave                        Po Box 4622
Sioux Falls Sd 57104-4868               Waterloo Ia 50702-5300                  Waterloo Ia 50704-4622



Hsbc Bank                               (p)INTERNAL REVENUE SERVICE             Jefferson Capital Syst
Po Box 5253                             CENTRALIZED INSOLVENCY OPERATIONS       16 Mcleland Rd
Carol Stream Il 60197-5253              PO BOX 7346                             Saint Cloud Mn 56303-2198
                                        PHILADELPHIA PA 19101-7346



Jefferson Capital Systems LLC           Midland Cred                            Midland Credit Management Inc
PO BOX 7999                             8875 Aero Dr Suite 200                  Po Box 60578
SAINT CLOUD MN 56302-7999               San Diego Ca 92123-2255                 Los Angeles Ca 90060-0578



Midland Credit Management, Inc.         Midland Mtgmidfirst                     National Credit Adjust
8875 Aero Drive, Suite 200              999 Nw Grand Blvd                       327 W 4th Ave
San Diego, CA 92123-2255                Oklahoma City Ok 73118-6116             Hutchinson Ks 67501-4842



Novastar Financial                      Ntbcbna                                 Office of the US Trustee
8140 Ward Pkwy Ste 300                  Po Box 6003                             51 S.W. 1st Ave.
Kansas City Mo 64114-2039               Hagerstown Md 21747                     Suite 1204
                                                                                Miami, FL 33130-1614



(c)PCFS                                 Pinnacle Credit Servic                  Pnc Ne Er
157 TRADEPORT DR STE 150                7900 Highway 7  100                     4661 E Main St
ATLANTA GA  30354-3931                  Saint Louis Park Mn 55426-4045          Columbus Oh 43213-3298
```

Vision Financial Corp
Po Box 900
Purchase Ny 10577-0900

Wfnnbthe Avenue
Po Box 2974
Shawnee Mission Ks 66201-1374

Zakheim  Lavrar Pa
1045 S University Dr Ste 202
Plantation Fl 33324-3333


Edward Freire
10647 N Kendall Drive
Miami, FL 33176-1510

Nancy N Herkert
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806

Zenaida Miranda
3164 West 72nd Street
Hialeah, FL 33018-5222


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Cap One
Po Box 85520
Richmond Va 23285

Fifth Third Bank
Fifth Third Center
Cincinnati Oh 45263

Internal Revenue Service
Po Box 21126
Philadelphia Pa 19114


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Pcfs
4221 International Parkway  Suite 150
Atlanta Ga 30354


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36